*R. W. Crockett,* for plaintiff. *Tascus Atwood,* for defendant.

---

WILLIAM H. MITCHELL *vs.* JOHN H. COTREAU and Trustee.

Sagadahoc County. Decided March 25, 1916. This was an action of tort to recover damages alleged to have been caused the plaintiff's horse by the defendant's dog. The verdict was in favor of the plaintiff in the sum of $200.30. The case is before this court on motion. The issues were simply of fact.

A careful study of the evidence fails to convince the court that the verdict was manifestly wrong. The entry must therefore be, Motion overruled. *Arthur J. Dunton,* for plaintiff. *Edward W. Bridgham,* for defendant.